UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-80013-RYSKAMP/VITUNAC

BRANDON VORST

    Plaintiff,

vs.

TBC RETAIL GROUP, INC., d/b/a
TIRE KINGDOM, INC.,

    Defendant.
_____

## NOTICE OF SETTLEMENT
_____

COMES NOW the Plaintiff, BRANDON VORST, by and through undersigned counsel, notices the Court that the above-captioned case has settled. Pursuant to the parties settlement, the matter is dismissed with prejudice as to the named Plaintiff's claims. Each party is to bear its own costs and attorneys' fees.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with CMECF which is electronically served to DAVID B. ASAU, Carlton Fields, P.A., Post Office Box 150, West Palm Beach, Florida 33402-0150, and DANIEL M. BLOUIN and KRISTINE R. ARGENTINE, Seyfarth Shaw, LLP, 131 S. Dearborn Street, Suite 2400, IL 60603-5577, this 9th day of May, 2012.

        **BALKAN & PATTERSON, LLP**
        Attorneys for Plaintiffs
        601 S. Federal Highway, Suite 302
        Boca Raton, FL 33432
        Telephone:  (561) 750-9191
        Facsimile:   (561) 750-1574

        By:   */s/ John B. Patterson*
              **JOHN B. PATTERSON**
              Fla Bar No.: 023930