UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-80013-RYSKAMP/VITUNAC

BRANDON VORST,

    Plaintiff,

v.

TBC RETAIL GROUP, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court on the parties' notice of settlement **[DE 20]** filed on May 9, 2012. Pursuant to the terms of said notice, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 15 day of May, 2012.

                                                          /s/ Kenneth L. Ryskamp
                                                          KENNETH L. RYSKAMP
                                                          UNITED STATES DISTRICT JUDGE